PLAINTIFF'S EXHIBIT A

Case 3:21-cv-01083-S   Document 1-2   Filed 05/12/21   Page 1 of 3   PageID 10

Filed: 1/29/2021 11:03 AM
Rhonda Hughey,
District Clerk
Kaufman County, Texas
Susan Cook Mendoza

## NO. 106747-86

| | | |
|---|---|---|
| **WELLS FARGO BANK, NA** § | | IN THE DISTRICT COURT |
| § | | |
| **Plaintiff** § | | |
| § | | |
| v. § | | 86TH JUDICIAL DISTRICT |
| JUDICIAL DISTRICT § | | |
| § | | |
| JOSE CASTANEDA § | | |
| **Defendant** § | | KAUFMAN COUNTY, |
| § | | TEXAS |

## DEFENDANT'S ORIGINAL ANSWER

**NOW COMES** Jose Castaneda ("Defendant") and file this *Original Answer* in response Wells Fargo Bank, NA ("Plaintiff'") *Original Petition*.

### I.
### GENERAL DENIAL

1. Defendant denies generally the allegations contained in Plaintiff's *Original Petition* and demand strict proof thereof as required by Tex. R. Civ. P. 92.

### II.
### AFFIRMATIVE DEFENSES

2. Plaintiff's Original Petition is barred by an arbitration agreement.

3. Defendant is not liable to Plaintiff because Plaintiff lacks standing to sue.

4. Defendant is not liable to Plaintiff because Plaintiff was not a party to the original transaction.

5. Defendant is not liable to Plaintiff because Plaintiff's claim for breach of contract is barred by the four-year statute of limitations.

6. Defendant is not liable to Plaintiff for the amount of damages claimed because Defendant is entitled to offset.

7. Defendant is not liable to Plaintiff because the agreement does not comply with the requirements of the statute of frauds.

## JURY DEMAND

8. Defendant demands a jury trial and shall tender the appropriate jury fee within the time and procedures prescribed under Tex. R. Civ. P. Rule 504.1.

**WHEREFORE, PREMISES CONSIDERED,** Defendant Jose Castaneda prays that Plaintiff takes nothing by its suit, and such other relief to which Defendant may be entitled.

DATED: January 29, 2021                     Respectfully submitted,

                                                            By: /s/ Shawn Jaffer
                                                                 Shawn Jaffer
                                                                 State Bar No.24107817
                                                                  **SHAWN JAFFER LAW FIRM, PLLC**
                                                                   13601 Preston Rd. Suite E770
                                                                   Dallas, TX 75240
                                                                   Phone: (214) 494-1871
                                                                   Fax:    (469) 669-0786
                                                                   Email: team@jaffer.law
                                                                   *Attorney for Defendant*

Copy from re:SearchTX

## **CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing document has been forwarded on January 29, 2021 to:

***VIA EMAIL:***
Wells Fargo Bank, NA
Mark Rechner
1601 Elm Street, Ste. 4100
Dallas, Texas 75201
T: (214)979-7442
F: (214)979-7402
mrechner@wslawpc.com
**ATTORNEYS FOR**
**WELLS FARGO BANK, NA**

By: */s/ Shawn Jaffer*
Shawn Jaffer

Copy from re:SearchTX