Case 3:21-cv-01083-S  Document 1-3  Filed 05/12/21  Page 1 of 39  PageID 13

Grand total: 104 Calls

17

Screenshots from February 8th, 2021

# Wells Fargo

Add note ✎

+1 877-647-8552

## History

| | Today 1:25 PM |
|---|---|
| | Outgoing call, 0 mins 22 sec |

| | Today 1:22 PM |
|---|---|
| | Outgoing call, 0 mins 44 sec |

| | Today 12:56 PM |
|---|---|
| | Missed call |

| | Today 9:58 AM |
|---|---|
| | Sent message |
| | Please text me. |

Today 9:58 AM

Add    Share    Block    Report

Today 9:58 AM
Sent message
Please text me.

Today 9:58 AM
Rejected call

Yesterday 12:58 PM
Missed call

Yesterday 10:46 AM
Missed call

Yesterday 8:23 AM
Missed call

February 6
Sent message
Please text me.

Feb 6 8:58 AM
Rejected call

Feb 4 2:11 PM
Missed call

Feb 4 11:03 AM
Missed call

Add     Share     Block     Report



Missed call

Feb 3 12:44 PM
Missed call

Feb 3 9:39 AM
Missed call

Feb 2 9:58 AM
Missed call

Jan 31 2:51 PM
Missed call

Jan 31 8:30 AM
Missed call

Jan 30 8:58 AM
Missed call

Jan 29 4:49 PM
Missed call

Jan 28 11:29 AM
Missed call

**View more**


Add


Share


Block


Report

 

‹                                                    ⋮

Missed call

 **Feb 3 12:44 PM**
Missed call

**Feb 3 9:39 AM**
Missed call

**Feb 2 9:58 AM**
Missed call

**Jan 31 2:51 PM**
Missed call

**Jan 31 8:30 AM**
Missed call

**Jan 30 8:58 AM**
Missed call

**Jan 29 4:49 PM**
Missed call

**Jan 28 11:29 AM**
Missed call

**View more**

 Add       Share       Block       Report

2

Screenshot from February 8th, 2021



# Wells Fargo

Add note ✏️

+1 877-647-8552



## History

| | |
|---|---|
| 💬 | **Today 1:02 PM**<br>Sent message<br>Please text me. |
| 📞 | **Today 1:02 PM**<br>Missed call |
| 📞 | **Today 9:50 AM**<br>Missed call |
| 📞 | **Yesterday 1:25 PM**<br>Outgoing call, 0 mins 22 sec |
| 📞 | **Yesterday 1:22 PM** |


Add


Share


Block


Report

2

Screenshot from February 10th, 2021



# Wells Fargo

Add note ✎

+1 877-647-8552

## History

↙ **Today 12:50 PM**
Missed call

↙ **Today 9:43 AM**
Missed call

↗ **Yesterday 1:02 PM**
Sent message
Please text me.

↙ **Yesterday 1:02 PM**
Missed call

↙ **Yesterday 9:50 AM**


Add


Share


Block


Report

‹                                                                    ⋮

1

Screenshot from February 12th, 2021

## Wells Fargo

Add note ✎

+1 877-647-8552

📞               💬               📹✕

History

↙ **Today 4:46 PM**
   Missed call

↙ **Feb 10 12:50 PM**
   Missed call

↙ **Feb 10 9:43 AM**
   Missed call

💬 **February 9**
   Sent message
   Please text me.

↙ **Feb 9 1:02 PM**

➕              🔗              🚫              ✎
Add           Share          Block          Report

|||              ⬜              ‹

4

Screenshot from February 16th, 2021

## Wells Fargo

Add note ✎

+1 877-647-8552

History

| | Today 12:15 PM |
| --- | --- |
| | Sent message |
| | Please text me. |

Today 12:15 PM
Rejected call

Today 9:45 AM
Missed call

Yesterday 12:44 PM
Missed call

Yesterday 8:22 AM

Add    Share    Block    Report

4

Screenshot from February 22nd, 2021

# Wells Fargo

Add note ✏

+1 877-647-8552

## History

**Today 1:34 PM**
Missed call

**Today 9:38 AM**
Missed call

**Feb 17 12:38 PM**
Missed call

**Feb 17 9:49 AM**
Missed call

**February 16**
Sent message

Add    Share    Block    Report



3

Screenshot from February 25th, 2021



# Wells Fargo

Add note ✎

+1 877-647-8552

## History

↙ **Today 3:17 PM**
Missed call

↙ **Today 11:35 AM**
Missed call

↙ **Today 9:33 AM**
Missed call

↙ **Yesterday 11:25 AM**
Missed call

↙ **Yesterday 9:16 AM**
Missed call

+ Add    ⌵ Share    🚫 Block    ✎ Report

4

Screenshot from February 28th, 2021

## Wells Fargo

Add note ✏️

+1 877-647-8552

📞   💬   🎥

History

| ↗️💬 | **Today 2:25 PM**<br>Sent message<br>Please text me. |
|---|---|
| 📞🚫 | **Today 2:25 PM**<br>Rejected call |
| ↩️ | **Today 9:18 AM**<br>Missed call |
| ↩️ | **Yesterday 12:23 PM**<br>Missed call |
| ↩️ | **Feb 26 5:09 PM** |

➕ Add        🔗 Share        🚫 Block        ✏️ Report

2

Screenshot from March 1st, 2021

# Wells Fargo

Add note ✏️

+1 877-647-8552

📞          💬          📹✕

History

| | |
|---|---|
| 💬↗ | **Today 11:14 AM**<br>Sent message<br>Please text me. |
| 📞⊘ | **Today 11:14 AM**<br>Rejected call |
| 💬↗ | **Today 9:24 AM**<br>Sent message<br>Please text me. |
| 📞⊘ | **Today 9:24 AM**<br>Rejected call |

➕ Add        ⤵ Share        🚫 Block        📝 Report



5

Screenshot from March 4th, 2021

# Wells Fargo

Add note ✎

+1 877-647-8552

## History

**Today 9:50 AM**
Missed call

**Yesterday 5:54 PM**
Missed call

**Yesterday 3:47 PM**
Rejected call

**Yesterday 12:54 PM**
Missed call

**Yesterday 9:43 AM**
Missed call

Add    Share    Block    Report

1

Screenshot from March 5th, 2021

# Wells Fargo

Add note ✎

+1 877-647-8552

History

↗ **Yesterday 1:08 PM**
Missed call

↗ **Yesterday 9:50 AM**
Missed call

↗ **Mar 3 5:54 PM**
Missed call

☏ **Mar 3 3:47 PM**
Rejected call

↗ **Mar 3 12:54 PM**
Missed call

Add    Share    Block    Report

4

Screenshot from March 9th, 2021



# Wells Fargo

Add note ✏️

+1 877-647-8552

  

History

 **Yesterday 1:25 PM**
Sent message
Please text me.

**Yesterday 1:25 PM**
Rejected call

**Yesterday 9:38 AM**
Missed call

**Mar 7 10:38 AM**
Missed call

**Mar 7 8:44 AM**

+ **Add**   **Share**   🚫 **Block**   ✎ **Report**

1

Screenshots from March 10th, 2021

# Wells Fargo

Add note ✎

+1 877-647-8552

📞     💬     📹✕

## History

**Today 11:37 AM**
Missed call

**Yesterday 9:36 AM**
Sent message
Please text me.

**Yesterday 9:36 AM**
Rejected call

**March 8**
Sent message
Please text me.



＋    Add     🔗 Share     🚫 Block     📝 Report

# Wells Fargo

Add note ✏

+1 877-647-8552

History

| | |
|---|---|
| ↙ | **Today 5:17 PM**<br>Missed call |
| 📞⊘ | **Today 3:27 PM**<br>Rejected call |
| ↙ | **Today 11:37 AM**<br>Missed call |
| 💬↗ | **Yesterday 9:36 AM**<br>Sent message<br>Please text me. |
| 📞⊘ | **Yesterday 9:36 AM** |

Add   Share   Block   Report

5

Screenshot from March 16th, 2021

+1 877-647-8552



## History

 **Today 11:25 AM**
Missed call

 **Yesterday 11:37 AM**
Missed call

 **Yesterday 9:36 AM**
Missed call

 **Mar 14 2:23 PM**
Missed call

 **Mar 14 12:46 PM**
Missed call



Add    Share    Block    Report

6                                    Screenshot from March 21st, 2021

## History



**Today 12:34 PM**
Missed call

**Today 9:55 AM**
Rejected call

**Mar 18 4:34 PM**
Missed call

**Mar 18 1:25 PM**
Rejected call

**Mar 18 9:42 AM**
Rejected call

**Mar 17 4:22 PM**
Rejected call



Add    Share    Block    Report



4

Screenshot from March 31st, 2021

# Wells Fargo

Add note ✏️

## +1 877-647-8552

      

History



Yesterday 5:07 PM
Missed call

Yesterday 3:06 PM
Missed call

Yesterday 12:13 PM
Missed call

Mar 29 3:34 PM
Missed call

 Add    Share    Block    Report

      


History



Today 5:35 PM
Missed call

Today 4:08 PM
Sent message
Please text me.

Today 4:08 PM
Rejected call

Today 1:40 PM
Missed call

Today 11:23 AM
Missed call

Yesterday 5:07 PM


Add


Share

Block

Report



4

Screenshot from April 2nd, 2021

# Wells Fargo

Add note ✏️

+1 877-647-8552

  

History

 **Today 2:03 PM**
Missed call

 **Yesterday 5:06 PM**
Missed call

 **Yesterday 2:12 PM**
Missed call

 **Yesterday 12:04 PM**
Missed call

 Add     Share     Block     Report

  

   

< 4

Screenshot from April 9th, 2021



# Wells Fargo

Add note ✏️

+1 877-647-8552

📞 💬 📹✕

## History

↗️ **Today 5:49 PM**
Missed call

↗️ **Yesterday 4:02 PM**
Missed call

↗️ **Yesterday 12:34 PM**
Missed call

↗️ **Apr 7 2:41 PM**
Missed call

 Add   Share   Block   Report

  

<

⋮

Apr 7 2:41 PM
Missed call

Apr 7 12:56 PM
Missed call

Apr 6 5:37 PM
Missed call

Apr 6 3:10 PM
Missed call

April 6
Sent message
Please text me.

Apr 6 12:05 PM
Rejected call

+ Add     Share     ⊘ Block     Report



History   3

Screenshot from April 11th, 2021

 **Today 12:47 PM**
Sent message
Please text me.

 **Today 12:47 PM**
Rejected call

 **Today 9:32 AM**
Sent message
Please text me.

 **Today 9:32 AM**
Rejected call

 **Yesterday 2:47 PM**
Missed call

 Add      Share      Block      Report

          

# Wells Fargo

Add note ✏️

+1 877-647-8552



## History


**Today 11:58 AM**
Sent message
Please text me.


**Today 11:58 AM**
Rejected call


**Yesterday 3:03 PM**
Missed call

**Yesterday 11:47 AM**
Missed call

 Add     Share     Block     Report

1

Screenshots from April 15th, 2021

# Wells Fargo

Add note ✏️

## +1 877-647-8552

    💬    🎥

## History


### Today 11:54 AM
Missed call


### Yesterday 3:15 PM
Sent message
Please text me.


### Yesterday 3:14 PM
Rejected call


### Yesterday 11:58 AM
Sent message

➕    Add     🔗 Share     🚫 Block     📝 Report

**Today 11:54 AM**
Missed call

**Yesterday 3:15 PM**
Sent message
Please text me.

**Yesterday 3:14 PM**
Rejected call

**Yesterday 11:58 AM**
Sent message
Please text me.

**Yesterday 11:58 AM**
Rejected call

**Apr 13 3:03 PM**
Missed call

Add    Share    Block    Report

3:02 F

< 8

Screenshot from April 19th, 2021

# Wells Fargo

Add note ✏️

+1 877-647-8552



## History

 **Today 2:57 PM**
Missed call

 **Today 1:55 PM**
Missed call

 **Yesterday 1:46 PM**
Missed call

 **Yesterday 12:02 PM**
Missed call

➕
Add

🔗
Share

🚫
Block

✏️
Report

 



‹                                                    ⋮

**Yesterday 1:46 PM**
Missed call

**Yesterday 12:02 PM**
Missed call

**Yesterday 9:52 AM**
Sent message
Please text me.

**Yesterday 9:52 AM**
Rejected call

**April 17**
Sent message
Please text me.

**Apr 17 3:22 PM**
Rejected call


Add


Share


Block


Report

      

1

Screenshot from April 21st, 2021

# Wells Fargo

Add note ✏️

+1 877-647-8552

  

History

 Today 11:41 AM
Missed call

 Apr 19 2:57 PM
Missed call

 Apr 19 1:55 PM
Missed call

 Apr 18 1:46 PM
Missed call

**＋**
Add

**⤴**
Share

**🚫**
Block

**✎**
Report

# Wells Fargo

Add note 🖍

+1 877-647-8552

  

## History

 **Today 12:06 PM**
Missed call

 **Yesterday 5:48 PM**
Sent message
Please text me.

 **Yesterday 5:48 PM**
Rejected call

**Yesterday 2:49 PM**
Missed call

 Add     Share     Block     Report

3

Screenshot from April 29th, 2021

# Wells Fargo

Add note ✏️

+1 877-647-8552

  

History

 **Today 3:28 PM**
Missed call

 **Yesterday 9:38 AM**
Sent message

 **Yesterday 9:38 AM**
Rejected call

 **April 25**
Sent message

**+** Add    **Share**    🚫 Block    **Report**

12:11    74%

3

Screenshot from May 3rd, 2021

# Wells Fargo

Add note ✏️

+1 877-647-8552

History

Today 11:50 AM
Missed call

Yesterday 4:50 PM
Sent message

Yesterday 4:50 PM
Rejected call

Yesterday 3:40 PM
Sent message

Add    Share    Block    Report

Rejected call

 **Yesterday 3:40 PM**
Sent message

 **Yesterday 3:40 PM**
Rejected call

 **Yesterday 11:16 AM**
Missed call

 **Apr 29 3:28 PM**
Missed call

 **April 28**
Sent message

 **Apr 28 9:38 AM**
Rejected call

 Add     Share     Block    Report

   
‹ 2


Screenshot from May 5th, 2021

# Wells Fargo

Add note ✎

## +1 877-647-8552

📞 💬 📹✕

## History

↗ **Today 10:42 AM**
Sent message

📞⊘ **Today 10:42 AM**
Rejected call

↗ **Yesterday 5:40 PM**
Sent message

📞⊘ **Yesterday 5:40 PM**
Rejected call

 Add     Share     Block     Report

        

Case 3:21-cv-01083-S    Document 1-3    Filed 05/12/21    Page 38 of 39    PageID 50

# Wells Fargo

Add note ✎

+1 877-647-8552

  

## History



**Today 4:09 PM**
Sent message
Please text me.

**Today 4:09 PM**
Rejected call

**Yesterday 3:20 PM**
Sent message

**Yesterday 3:20 PM**
Rejected call

   

Add        Share        Block        Report


Case 3:21-cv-01083-S    Document 1-3    Filed 05/12/21    Page 39 of 39    PageID 51

3

Screenshot from May 11th, 2021

# Wells Fargo

Add note ✏️

+1 877-647-8552



## History



Today 1:32 PM
Rejected call

Yesterday 4:00 PM
Missed call

Yesterday 12:32 PM
Sent message

Yesterday 12:31 PM
Rejected call

➕
Add

🔗
Share

🚫
Block

✍️
Report